# UNITED STATES DISTRICT COURT

for the

District of Maine

DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2026 OCT 22 P 3: 19

__________ Division

BRENT ELISENS

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

J. CHRIS READ, SEAN DIXON, KENNEBEC SHERIFFS OFFICE METLN/CENTRALMAINE/KENNEBEC JOURNAL

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. __________

*(to be filled in by the Clerk's Office)*

FORMA PAUPERIS APP & ATTACHMENTS IN SEPARATE ENVELOPE !!

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: BRENT ELLSENS

All other names by which you have been known: sixiele

ID Number: 21652

Current Institution: KCCF

Address: 115 STATE ST

AUGUSTA (City) ME (State) 04330 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: J CHRIS READ

Job or Title *(if known)*: CHIEF DEPUTY

Shield Number:

Employer: KENNEBEC

Address: 125 STATE ST

AUGUSTA (City) ME (State) 04330 (Zip Code)

☒ Individual capacity ☒ Official capacity

Defendant No. 2

Name: KENNEBEC COUNTY SHERIFF'S OFFICE

Job or Title *(if known)*:

Shield Number:

Employer:

Address: 125 STATE ST

AUGUSTA (City) ME (State) 04330 (Zip Code)

☐ Individual capacity ☒ Official capacity

Defendant No. 3

Name: METLN (CENTRALMAINE/KENNEBEC JOURNAL)

Job or Title *(if known)*: POLICE BULLETIN BOARD

Shield Number:

Employer: LAW ENFORCEMENT OF MAINE

Address: 295 GANNETT DR

SOUTH PORTLAND (City) ME (State) 04106 (Zip Code)

☐ Individual capacity ☒ Official capacity

Defendant No. 4

Name: SEAN DIXON

Job or Title *(if known)*: MILITANT NATIONALIST TOOL

Shield Number:

Employer: KENNEBEC

Address: 125 STATE ST

AUGUSTA (City) ME (State) 04330 (Zip Code)

☒ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim) + § 1985

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

LIBEL, IIED, ZERZETSUNG

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

C. What date and approximate time did the events giving rise to your claim(s) occur?

09/26/2026 5pm

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ATTACHED

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

IIED, SOCIAL OSTRACISM, FORCED RELOCATION

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

IT HAPPENED AT MY RESIDENCE, NOT A FACILITY.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

LT GOODCHILD (KCCF)

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

- [ ] Yes
- [x] No (NOT CURRENT)

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ~~[illegible]~~ BRENT ELISONS

   Defendant(s) KCCF, GRACE PEARSON

2. Court *(if federal court, name the district; if state court, name the county and State)*

   US DISTRICT MAINE

3. Docket or index number

   1:25-cv-00647

4. Name of Judge assigned to your case

   SDN

5. Approximate date of filing lawsuit

   2025

6. Is the case still pending?

   - [x] Yes
   - [ ] No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   FILED CONTINUANCE MOTION 10/01/2026

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/16/26

Signature of Plaintiff [signature]
Printed Name of Plaintiff BRENT ELISENS
Prison Identification # 21652
Prison Address 115 STATE ST
AUGUSTA ME 04330
*City* *State* *Zip Code*

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City* *State* *Zip Code*

Telephone Number
E-mail Address